# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 12-mj-0221-PAL |
| vs. ) | |
| PAUL K. PAYNE, ) | **STIPULATION AND ORDER TO** |
| Defendant. ) | **CONTINUE BENCH TRIAL** |

IT IS HEREBY STIPULATED by and between, HARVEY GRUBER, ESQ., Attorney for Defendant, PAUL K. PAYNE, and NADIA AHMED, ESQ., Special Assistant United States Attorney, that the bench trial in this matter presently set for January 16, 2013 at 8:45 a.m. in Courtroom 3B, be continued at the request of Defendant as he is still working out of the jurisdiction and will not be back until after March 1, 2013. Please reset the matter to sometime after March 1, 2013 for a status check on negotiations as the case has been resolved.

DATED this ___ day of January, 2013                DATED this ___ day of January, 2013

MAYFIELD, GRUBER & SHEETS                         U.S. ATTORNEY'S OFFICE

_____                          _____/s/ Nadia Ahmed_____
HARVEY GRUBER, ESQ.                               NADIA AHMED, ESQ.
223 S. Water Street Ste C                         Special Assistant U.S. Attorney
Henderson, Nevada 89015                           333 Las Vegas Blvd. South, Ste. 5000
Attorney for Defendant                            Las Vegas, Nevada 89101

. . .

. . .

. . .

. . .

**ORDER**

IT IS HEREBY ORDERED the bench trial in the above matter be continued and reset for the 27th day of March, 2013 at 8:45am in Courtroom #3B.

DATED this 9th day of January, 2013.

HONORABLE JUDGE PEGGY A. LEEN
UNITED STATES DISTRICT COURT
COURTROOM 3B

Page 2